JOHN L. LEIB *versus* JOHN S. ROBY.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Abated *p. 1.
PAPERS IN FILE: (1) Precipe for capias, order for bail; (2) affidavit for bail; (3) capias and return.
*1822–23 Calendar,* MS p. 96.

JOSIAH D. BURGESS *versus* ALFRED ASHLEY.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Discontinued *p. 1.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari.
*1822–23 Calendar,* MS p. 143.